No. D–275.   IN RE DISBARMENT OF BOBBITT.   It is ordered that Rique Bobbitt, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–276.   IN RE DISBARMENT OF HUBBARD.   It is ordered that Michael W. Hubbard, of Tyler, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–277.   IN RE DISBARMENT OF BOEHM.   It is ordered that Kenneth L. Boehm, of Hyattsville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig.   COLORADO v. NEW MEXICO ET AL.   Motion of New Mexico et al. for additional time for oral argument denied.   [For earlier order herein, see, e. g., 456 U. S. 1004.]

No. 81–349.   CHICAGO BRIDGE & IRON CO. v. CATERPILLAR TRACTOR CO. ET AL.   Sup. Ct. Ill.   [Probable jurisdiction noted, 454 U. S. 1029.]   Motion of appellees to schedule oral argument in tandem with No. 81–523, *Container Corporation of America* v. *Franchise Tax Board* [probable jurisdiction noted, 456 U. S. 960], denied.   JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 81–485.   HILLSBORO NATIONAL BANK v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   [Certiorari granted, 455 U. S. 906]; and
No. 81–930.   UNITED STATES v. BLISS DAIRY, INC. C. A. 9th Cir.   [Certiorari granted, 455 U. S. 906.]   Motion of Bliss Dairy, Inc., for divided argument granted.